

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 5, 2024**

United States Bankruptcy Judge

___

BTXN 189 (rev. 08/06)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: §
Oliver Dwight McQueen Jr. § Case No.: 24−31665−sgj13
 § Chapter No.: 13
Debtor(s) §

**ORDER DENYING REQUEST FOR THIRTY−DAY EXTENSION OF TIME TO RECEIVE CREDIT COUNSELING AND FILE CERTIFICATE OF SAME**

The Court, after consideration of the Debtor's Request For Thirty−Day Extension of Time to receive Credit Counseling and file certificate of same, finds that pursuant to 11 U.S.C. § 109(h)(3)(A), circumstances do not exist that merit a waiver of certificate of credit counseling as set forth in 11 U.S.C. § 109(h)(1).

**IT IS ORDERED** that the Request is **DENIED** and this case is hereby **DISMISSED**.

# # # End of Order # # #